ACCEPTED
09-17-00406
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 10:47 AM
CAROL ANNE HARLEY
CLERK

NO. 09-17-00406-CR

IN THE COURT OF APPEALS
FOR THE NINTH DISTRICT OF TEXAS

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 10:47:14 AM
CAROL ANNE HARLEY
Clerk

JULIE FAYE MEAD
Appellant

VS.

THE STATE OF TEXAS
Appellee

--------------------------------------------------------------

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES Appellant, JULIE FAYE MEAD, by and through his court-appointed attorney of record, Thomas J. Burbank, and files this Motion for Extension of Time to File Appellant's Brief and would respectfully show unto the Court as follows:

I.

Appellant's Brief was due to be filed on or before December 7, 2017. Due to heavy court hearings, Counsel overlooked such deadline. In addition, counsel has not had adequate time to review transcripts and prepare said

brief.

## II.

The Appellant's attorney respectfully requests a 30 day extension of time from the date of this Motion in which to file a brief on behalf of Appellant. This extension would render the Appellant's brief to be due on or before January 11, 2018.

## III.

This request for extension is made not for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that his Motion for Extension requesting an additional period from the date of this Motion in which to file the Appellant's brief in this matter be granted, that said Appellant's brief be due on or before January 11, 2018, and for such other and further relief to which Appellant may be entitled, whether in law or in equity.

Respectfully submitted,

By: /s/ Thomas J. Burbank

Thomas J. Burbank
505 West Lucas
Beaumont, TX  77706
409/895-0200 FAX 409/895-0080
State Bar No. 03355340
burbank_hamm@yahoo.com

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Appellant's Motion for Extension of Time to File Appellant's Brief has been e-filed and noticed to all interested parties on this the 11th day of December, 2017.


*/s/ Thomas J. Burbank*
Thomas J. Burbank